IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:18-cr-00137 MCE |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| TONY FERNANDEZ BARNES, | ) | |
| Defendant. | ) | |

The Federal Defender was relieved in court on December 13, 2018. CJA Panel attorney Michael Chastaine is hereby appointed effective December 14, 2018, the date the Office of the Federal Defender first contacted him.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL            1