```
 1  Michael Chastaine SBN 121209
    The Chastaine Law Office
 2  2377 Gold Meadow Way
    Gold River, CA 95670
 3  (916)932-7150
    Mike@Chastainelaw.net
 4
    Attorney for Defendant
 5  Tony Barnes
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:18 CR 137 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| TONY BARNES, | DATE: April 4, 2019<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Michael Chastaine, attorney for defendant Tony Barnes that the status conference scheduled for February 21, 2019 be continued to April 4, 2019, at 10:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the Mr. Barnes, to continue investigating the facts of the case, and to negotiate a resolution to this matter. Counsel took over this case in January 2019. There are several complex issues that need to be researched and discussed with Mr. Barnes. Additional time is required to do the same.

Stipulation and Order
to Continue Status Conference

-1-

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 4, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 18, 2019 　　　　　　　 /s/ *Michael Chastaine*
　　　　　　　　　　　　　　　　　　　　 MICHAEL CHASTAINE
　　　　　　　　　　　　　　　　　　　　 Attorney for Tony Barnes


DATED: February 19, 2019 　　　　　　　 MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　 United States Attorney

　　　　　　　　　　　　　　　　　　　　 */s/Roger Yang*
　　　　　　　　　　　　　　　　　　　　 ROGER YANG
　　　　　　　　　　　　　　　　　　　　 Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　 Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including April 4, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 21, 2019 status conference shall be continued until April 4, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE