Michael Chastaine SBN 121209
The Chastaine Law Office
2377 Gold Meadow Way
Gold River, CA 95670
(916)932-7150
Mike@Chastainelaw.net

Attorney for Defendant
Tony Barnes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:18 CR 137 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| TONY BARNES, | DATE: May 16, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Morrison C. England. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Michael Chastaine, attorney for defendant Tony Barnes that the status conference scheduled for April 4, 2019 be continued to May 16, 2019, at 10:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery and the proposed plea agreement with the Mr. Barnes, to continue investigating the facts of the case, and to negotiate a resolution to this matter. Counsel took over this case in January 2019. There are several complex issues that need to be researched and discussed with Mr. Barnes. Additional time is required to do the same.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 16, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 1, 2019            /s/ *Michael Chastaine*
                                MICHAEL CHASTAINE
                                Attorney for Tony Barnes


DATED: April 1, 2019            MCGREGOR W. SCOTT
                                United States Attorney

                                /s/*Roger Yang*
                                ROGER YANG
                                Assistant United States Attorney
                                Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including May 16, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 4, 2019 status conference shall be continued until May 16, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE